## THE PEOPLE v. TOCK CHEW.

The establishment and enforcement of rules, limiting the argument of counsel to a certain time, are matters resting in the sound discretion of the Court, and, unless it appear that injustice has thereby been done, form no ground of appeal.

APPEAL from the Court of Sessions of Placer County.

The defendant was indicted and convicted of grand larceny.   On the trial, and before argument, the Court announced that it would limit the arguments of the counsel for the prosecution, in his opening and closing, to three-quarters of an hour, and that for the defence to half an hour—which rule was enforced, under the exception of defendant, who appeals, assigning this as error.

C. J. Hillyer for Appellant.

Wm. T. Wallace, Attorney General, for Respondent.

The opinion of the Court was delivered by Mr. Justice TERRY.   Mr. Chief Justice MURRAY concurred.

Upon the trial of this cause, and before the argument, the Court announced that the counsel for the people should be limited to three-quarters of an hour, in his opening and concluding arguments, and the counsel for the defendant to a half hour.

The enforcement of this rule is the only error assigned.   The establishing and enforcement of such rules are matters resting in the sound discretion of the Court, and are often necessary, to prevent the time of the Court from being wasted in useless and unprofitable discussion.

It does not appear that the issues raised in this case were numerous or complicated, or that they could not have been fully presented in the time allowed; nor is there any allegation that injustice has been done to the defendant by the verdict, or that the longest argument would have been likely to change the result.

Judgment affirmed.